UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Pincus Law Group, PLLC**

nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902
ATTORNEYS FOR NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING AS
SERVICER FOR MTGLQ INVESTORS, L.P.

| | |
|---|---|
| In Re:<br><br>Rafael Espinoza<br><br>DEBTOR | Case No.: 21-15937<br><br>Chapter: 7<br><br>Hearing Date: 09/21/21<br><br>Judge: KCF |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR MTGLQ INVESTORS, L.P. has filed papers with the court to requesting Relief from the Automatic Stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

**Hearing Date:** 9/21/21

**Hearing Time:** 10:00AM

**Hearing Location:** 402 East State Street, Trenton, N.J. 08608

**Courtroom Number:** 2

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

**Thomas Orr**
Law Office of Thomas J. Orr
321 High Street
Burlington, NJ 08016

**Pincus Law Group, PLLC**
425 RXR Plaza
Uniondale, NY 11556

    If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 8/27/2021

                                                        **PINCUS LAW GROUP, PLLC**

                                   By:    /s/ Nicole LaBletta
                                              Nicole LaBletta, Esquire
                                              425 RXR Plaza
                                              Uniondale, NY 11556
                                              Telephone: (516)-699-8902
                                              Fax: 516-279-6990
                                              Email: nlabletta@pincuslaw.com