UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Pincus Law Group, PLLC**

nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902
ATTORNEYS FOR NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING AS
SERVICER FOR MTGLQ INVESTORS, L.P.

| | |
|---|---|
| In Re:<br><br>Rafael Espinoza<br><br>**DEBTOR** | Case No.: 21-15937<br>Chapter: 7<br>Hearing Date: 9/21/21<br>Judge: KCF |

**STATEMENT OF NON-NECESSITY OF BRIEF PURSUANT TO D.N.J. LBR 9013-1(a)(3)**

The Movant certifies pursuant to D.N.J. LBR 9013-1(a)(3) that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated: 8/27/21

**PINCUS LAW GROUP, PLLC**

By:    /s/ Nicole LaBletta
Nicole LaBletta, Esquire
425 RXR Plaza
Uniondale, NY 11556
Telephone: (516)-699-8902
Fax: 516-279-6990
Email: nlabletta@pincuslaw.com