UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING AS
SERVICER FOR MTGLQ INVESTORS, L.P.

In Re:

Rafael Espinoza

DEBTOR

Case No.: 21-15937
Chapter: 7
Hearing Date: TBD
Judge: KCF

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
### (NOTE AND MORTGAGE DATED 11/07/2006)

Savanny Savath of full age, employed as a Case Manager by NewRez LLC dba Shellpoint Mortgage Servicing, hereby certifies the following:

Recorded on 11/13/2006, in Warren County, in Book 4572 at Page 165

Property Address: 1152 Monroe Drive, Greenwich, NJ 08886
Mortgage Holder: MTGLQ INVESTORS, L.P.

**1. PAYOFF STATEMENT**

| | |
|---|---|
| Unpaid Principal Balance: | $ 416,000.00 |
| Accrued interest from 1/1/2009 to 08/12/2021: | $ 355,933.15 |
| (Interest rate = 6.875 % per year; $ - per day x 68.59 days) | |
| Unearned interest from - to - : | $ 0.00 |
| Per diem interest from - to - : | $ 0.00 |
| Late Charges from - to - ($ - /mo. x - mos.): | $ 0.00 |
| Attorney's fees and costs as of 08/12/2021 : | $ 14,873.37 |

Advances through ___08/12/2021___ for:

| | |
|---|---|
| Real Estate Taxes: | $ 0.00 |
| Insurance premiums: | $ 0.00 |
| Other: | $ 0.00 |
| *Sub-Total of Advances*: | $ 0.00 |
| Less Escrow Monies: | ($ 0.00) |
| *Net Advances:* | $ 0.00 |
| Interest on advances from ___-___ to ___-___ : | $ 0.00 |
| Other charges (specify ___Escrow___): | $ 179,195.16 |
| Less unearned interest: | ($ 0.00) |
| **TOTAL DUE AS OF** ___08/12/2021___ : | $ 966,001.68 |
| **Date of last payment:** ___-___ | |

## II. EQUITY ANALYSIS (When appropriate)

Estimated fair market value of real estate as of ___10/30/2020___ :    $ 450,000.00*

*Source: ___BPO___ (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

| | |
|---|---|
| 1. Real estate taxes as of _____ : | $ |
| 2. First Mortgage (principal and interest), as of ___07/28/2021___ : | $ 771,933.15 |
| 3. Second Mortgage (principal and interest), as of _____ : | $ |
| 4. Other (specify on separate exhibit): | $ |
| **TOTAL LIENS :** | ($ 771,933.15) |
| **APPARENT EQUITY AS OF** ___08/12/2021___ : | $ 0.00** |

** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: 08/21/2021

Signature

*rev.8/1/15*

2